IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY

| | |
|---|---|
| ARETHA A. McADOO )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EMBRACE LIVING COMMUNITIES, et al )<br>)<br>Defendant. ) | Case No.: 22-CV-00572-SRB |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Aretha A. McAdoo, by and through her undersigned counsel, and Defendant Embrace Living Communities, et al, by and through its undersigned counsel, hereby stipulate and agree that Plaintiff's claims against Defendant are hereby dismissed WITH PREJUDICE. Each party shall bear their own costs.

| | |
|---|---|
| */s/ Marcos A. Barbosa*<br>Marcos A. Barbosa   MO #56882<br>**MABLAW-KC**<br>1100 Main Street, Suite 1650<br>Kansas City, MO 64106<br>Telephone:   (816) 499-8800<br>Facsimile:    (816) 499-8801<br>Marcos.barbosa@mablawkc.com<br>ATTORNEY FOR PLAINTIFF | */s/ Kevin P. Clark*<br>Kevin P. Clark<br>**Litchfield Cavo LLP**<br>222 South Central Avenue, Suite 110<br>Clayton, MO 63105<br>Telephone: (314) 725-3006<br>Fax: (314) 725-3006<br>Email: clark@litchfieldcavo.com<br>ATTORNEY FOR DEFENDANT |

Respectfully Submitted,

*/s/ Marcos A. Barbosa*
Marcos A. Barbosa   MO #56882
**MABLAW-KC**
1100 Main Street, Suite 1650
Kansas City, MO 64106
Telephone:   (816) 499-8800
Facsimile:    (816) 499-8801
Marcos.barbosa@mablawkc.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing documents is being filed electronically on February 16th, 2023, to be served by operation of the Court's CM/ECF system upon counsel for Defendant.

Kevin P. Clark
**Litchfield Cavo LLP**
222 South Central Avenue, Suite 110
Clayton, MO 63105
Telephone: (314) 725-3006
Fax: (314) 725-3006
Email: clark@litchfieldcavo.com
ATTORNEY FOR DEFENDANT

/s/ Marcos A. Barbosa